Antony Tung (SBN 259158)
Andrew Morris (SBN 279006)
TUNG & ASSOCIATES, APLC
445 S. Figueroa St., ste 2500
Los Angeles, CA 90071
Tel: (626)416-4668
Fax: (626)416-4669

Attorneys for Defendant
Yiming Zhang

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yufeng Li, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Yiming (Andrew) Zhang, an individual,<br><br>　　　　Defendant. | Case No.: 3:2021cv02017<br><br>**DECLARATION OF ANSWER MORRIS IN SUPPORT OF DEFENDANT YIMING ZHANG'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Filed concurrently with Notice of Motion, Motion to Dismiss, Memorandum of Points and Authorities]<br><br>Date: TBD<br>Time: TBD<br>Dept. 3C |

I, Andrew Morris, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Southern District of California. I am one of the attorneys of record for Defendant YIMING ZHANG ("Defendant") in the above-captioned action.

2. I have personal knowledge of each of the following facts, and if called upon to testify as to the same in a court of law, I could and would competently do so.

3. This Declaration is made in support of Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 1), filed on December 1, 2021.

4. Based on the date of service of the Complaint, the deadline for Defendant to file a responsive pleading is December 28, 2021. Defendant drafted a Motion to Dismiss Plaintiff's Complaint.

5. Counsel for Defendant has made numerous efforts to obtain a hearing date for Defendant's Motion to Dismiss from Hon. Judge Thomas Whelan but have been unable to speak with anyone in chambers.

6. Counsel for Defendant has placed numerous phone calls to Judge Whelan's chambers on December 27, 2021, and December 28, 2021 and left a voicemail for the clerk, without any response.

7. Attached to this declaration as Exhibit "A" is a true and correct copy of an email sent by counsel for Defendant to Judge Whelan's chambers inquiring about a hearing date for Defendant's motion.

8. Counsel for Defendant also contacted the chambers of Magistrate Judge Hon. Mitchell Dembin on December 28, 2021, but was told that only Judge Whelan's chambers could schedule the hearing at issue.

9. Counsel for Defendant also dispatched an individual to the Courthouse located at 333 West Broadway San Diego, CA 92101 in attempt to speak to a court

official in person, but was unsuccessful in contacting anyone in Judge Whelan's chambers.

10. Counsel for Defendant has made all attempts to timely file the Motion to Dismiss. Counsel for Defendant was unaware of any federal holidays or court closures that would have precluded securing a hearing date prior to the filing deadline for Defendant's response to the Complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of December, 2021 in Los Angeles, California.

                                                /s/ Andrew Morris
                                                Andrew Morris, Declarant

# EXHIBIT A



Kyra Zhang <kyra.zhang@tunglaw.com>

---

## 3:21-cv-02017-W-MDD Li v. Zhang - Motion Hearing Date

**Kyra Zhang** <kyra.zhang@tunglaw.com>  Tue, Dec 28, 2021 at 1:55 PM
To: efile_whelan@casd.uscourts.gov
Cc: Siwen Su <siwen.su@tunglaw.com>, Andrew Morris <andrew.morris@tunglaw.com>

Dear Hon. Thomas J. Whelan,

Hope this email finds you well.

This is Kyra Zhang from Tung & Associates, APLC. Our firm is representing the Defendant, Yiming Zhang, in the above referenced case.

We would like to file a Motion to Dismiss which is due today. From yesterday to today, we have been trying to contact your assistant or law clerk at (619) 557-6625, unfortunately, we were unable to reach you. We would like to clear the motion hearing date before filing the moving paper. Would you please kindly suggest the motion hearing date?

Thank you very much.


Sincerely,
**Kyra Zhang**
**Tung & Associates, APLC**


**SOUTHERN CALIFORNIA**
445 S. Figueroa Street, Suite 2500
Los Angeles, CA 90071
T. (626) 416-4668

Chinese Line:  (626) 416-4688
F. (626) 416-4669

**NORTHERN CALIFORNIA**
111 N. Market Street, Suite 300
San Jose, CA 95113
T. (408) 332-5883
F. (408) 332-5833

www.tunglaw.com


The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 445 S. Figueroa Street, Suite 2500, Los Angeles, California 90071.

On December 28, 2021, I served the foregoing document(s) described as "DECLARATION OF ANSWER MORRIS IN SUPPORT OF DEFENDANT YIMING ZHANG'S NOTICE OF MOTION AND MOTION TO DISMISS"– On Behalf of Defendant" on:

| | |
|---|---|
| Daniel A. Solitro<br>dsolitro@lockelord.com<br>Locke Lord LLP<br>300 S. Grand Ave, Ste 2600<br>Los Angeles, CA 90071<br>Tel: 213-485-1500<br>Fax: 213-485-1200<br><br>Michael Wolak<br>Michael.wolak@lockelord.com<br>Lock Lord LLP<br>Terminus 200, Ste 1200<br>3333 Piedmont Rd Ne<br>Atlanta, GA 30305<br>Tel: 404-870-4629<br>Fax: 404-806-5622 | Counsel for Plaintiff Yufeng Li |

☐ **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☐ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:** I delivered the envelope by hand on the addressee, addressed as stated above.

☐ **By E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be sent to the persons at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **By ELECTRONIC MAIL (CM/ECF)** - all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

I served the documents by the means described above on December 28, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       _____/s/ Kyra Zhang_____
           Kyra Zhang