Antony Tung (SBN 259158)
Andrew Morris (SBN 279006)
TUNG & ASSOCIATES, APLC
445 S. Figueroa St., ste 2500
Los Angeles, CA 90071
Tel: (626)416-4668
Fax: (626)416-4669

Attorneys for Defendant
Yiming Zhang

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yufeng Li, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Yiming (Andrew) Zhang, an individual,<br><br>    Defendant. | Case No.: 3:2021cv02017<br><br>**DECLARATION OF BJ CAVINS IN SUPPORT OF DEFENDANT YIMING ZHANG'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Filed concurrently with Notice of Motion, Motion to Dismiss, Memorandum of Points and Authorities]<br><br>Date: TBD<br>Time: TBD<br>Dept. 3C |

**ORIGIN INVESTIGATIONS INC.**
515 S. Flower Street 18th Floor
Los Angeles, CA 90071
(213) 314-5229

DECLARATION
FED – 7R8N0 / CA - 187863
12/28/2021

### ATTEMPT TO CONTACT JUDGE THOMAS WHELAN

Origin Investigations was contacted by Tung and Associates to attempt contact with the San Diego Federal Court Judge Thomas Whelan after several failed attempts to contact him or his clerk via telephone. Origin dispatched the following associate in an attempt to make contact:

BJ Cavins #581372
12/28/2021, 1425 hours
Case# 3:21-cv-02017-W-MDD  Li v. Zhang

Cavins arrived at San Diego Federal Courthouse, 221 West Broadway, San Diego, CA 92101. He went to the call box in the front of the building with the judges' names listed and used the affixed buzzer to ring Judge Thomas Whelan. He attempted several times, but no one answered. He spoke with security (Richard) who was posted at the front and advised him of the judge he was looking to speak with, but he informed Cavins that the judge was not in today. A female exited the federal court and Cavins attempted to ask her about the judge, but she told him she cannot tell him anything because she works at a different department.

Cavins then crossed the street to 333 West Broadway, San Diego, CA 92101 to the business office on the fourth floor. He spoke with a white female clerk without a name tag and explained he was looking for Judge Whelan. She requested the case number which Cavins provided to her and explained that we needed to receive permission to e-file a document to the court. The clerk stated there was no one else that could provide authorization at the court today. Cavins asked the clerk if we would be able to e-file even though there was no one there and she told him she could not advise what to do. Cavins asked if there was anyone there that could stand in to make the decision to allow e-filing.

DocuSigned by:
*BJ Cavins*
B60F05AAF9FF4A7...

BJ Cavins
12/28/2021

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 445 S. Figueroa Street, Suite 2500, Los Angeles, California 90071.

On December 28, 2021, I served the foregoing document(s) described as "DECLARATION OF BJ CAVINS IN SUPPORT OF DEFENDANT YIMING ZHANG'S NOTICE OF MOTION AND MOTION TO DISMISS"– On Behalf of Defendant" on:

| | |
|---|---|
| Daniel A. Solitro<br>dsolitro@lockelord.com<br>Locke Lord LLP<br>300 S. Grand Ave, Ste 2600<br>Los Angeles, CA 90071<br>Tel: 213-485-1500<br>Fax: 213-485-1200<br><br>Michael Wolak<br>Michael.wolak@lockelord.com<br>Lock Lord LLP<br>Terminus 200, Ste 1200<br>3333 Piedmont Rd Ne<br>Atlanta, GA 30305<br>Tel: 404-870-4629<br>Fax: 404-806-5622 | Counsel for Plaintiff Yufeng Li |

☐ **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☐ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:** I delivered the envelope by hand on the addressee, addressed as stated above.

☐ **By E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be sent to the persons at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1 ☒ **By ELECTRONIC MAIL (CM/ECF)** - all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

I served the documents by the means described above on December 28, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                            /s/ Kyra Zhang
                              Kyra Zhang